IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Charles Schwab Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Banc of America Securities LLC, et al.,<br><br>Defendant. | CASE NO. CV 10-3489 LHK<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

R. Hackney Wiegmann, whose business address and telephone number is Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, DC 20005,

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendant UBS Securities LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: 09/09/2010

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge