1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | Case No. CV-10-3489-LHK-PVT |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR ADMISSION OF MITCHELL A. LOWENTHAL** |
| vs. | *PRO HAC VICE* |
| BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA FUNDING CORPORATION; UBS SECURITIES, LLC; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK, N.A.; AND, DOES 1-50, | |
| Defendants. | |

1 | Mitchell A. Lowenthal, an active member in good standing of the bar of New York and admitted
2 | to practice before the U.S. Supreme Court, the U.S. District Court for the Southern and Eastern Districts
3 | of New York and the Eastern District of Wisconsin, and the U.S. Court of Appeals for the Second,
4 | Ninth and Eleventh Circuits, whose business address and telephone number is Cleary Gottlieb Steen &
5 | Hamilton LLP, One Liberty Plaza, New York, NY 10006, 212-225-2000, having applied in the above-
6 | entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis,
7 | representing Defendants Banc of America Securities LLC and Banc of America Funding Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-2.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

DATED: __September 22, 2011_____        _____
                                                                        *Lucy H. Koh*
                                                                THE HONORABLE LUCY H. KOH
                                                                UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING APPLICATION FOR
ADMISSION OF MITCHELL A.
LOWENTHAL *PRO HAC VICE*  CASE NO.
CV-10-3489-LHK-PVT