# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA FUNDING CORPORATION; UBS SECURITIES, LLC; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK, N.A.; AND, DOES 1-50,<br><br>          Defendants. | Case No. CV-10-3489-LHK-PVT<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF MEREDITH E. KOTLER** *PRO HAC VICE* |

Meredith E. Kotler, an active member in good standing of the bar of New York and admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court, whose business address and telephone number is Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, 212-225-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Banc of America Securities LLC and Banc of America Funding Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-2. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

DATED:  September 22, 2010         _____
                                    *Lucy H. Koh*
                                    THE HONORABLE LUCY H. KOH
                                    UNITED STATES DISTRICT JUDGE