1
2
3
4
5
6
7
8    **IN THE UNITED STATES DISTRICT COURT**
9    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10   **SAN JOSE DIVISION**

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION, | Case No. CV-10-3489-LHK-PVT |
| Plaintiff, | **ORDER GRANTING APPLICATION FOR ADMISSION OF JARED GERBER *PRO HAC VICE*** |
| vs. | |
| BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA FUNDING CORPORATION; UBS SECURITIES, LLC; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK, N.A.; AND, DOES 1-50, | |
| Defendants. | |

Jared Gerber, an active member in good standing of the bar of New York and admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, whose business address and telephone number is Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, 212-225-2000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Banc of America Securities LLC and Banc of America Funding Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-2.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communications with co-counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirement contained in General Order No. 45, *Electronic Case Filing*.

DATED: __September 22, 2010__    _____
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1

ORDER GRANTING APPLICATION
FOR ADMISSION OF JARED
GERBER *PRO HAC VICE* / CASE
NO. CV-10-3489-LHK-PVT