MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>BANC OF AMERICA SECURITIES LLC *et al.*<br><br>                    Defendants. | CASE NO. CV-10-3489-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>[Declaration of James C. Rutten filed concurrently herewith] |

12304305.1

STIPULATION RE DEADLINE TO RESP. TO
AMENDED COMPLAINT
CASE NO. CV-10-3489-LHK

1  WHEREAS on July 27, 2010, Plaintiff filed its Amended Complaint in the Superior Court
2  of the State of California for the County of San Francisco;

3  WHEREAS on August 9, 2010, Defendants removed the case to this Court;

4  WHEREAS on August 16 and September 16, 2010, the parties submitted stipulations,
5  which the Court thereafter approved, providing that Defendants would have until November 15,
6  2010 to answer, move against, or otherwise respond to the Amended Complaint;

7  WHEREAS on September 8, 2010, Plaintiff filed a Motion to Remand this case to state
8  court, which currently is scheduled to be heard on December 9, 2010;

9  WHEREAS the parties have been discussing continuing the hearing on the Motion to
10 Remand and agreeing on a briefing schedule, and anticipate submitting a stipulation and proposed
11 order in connection therewith in the near future;

12 WHEREAS the parties believe that in the interests of judicial efficiency and the orderly
13 administration of the case, it makes sense for the Motion to Remand to be addressed before
14 Defendants are required to respond to the Amended Complaint;

15 WHEREAS the Court has not entered a scheduling order or otherwise set dates in the
16 case;

17 NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES
18 HERETO AND THEIR COUNSEL OF RECORD THAT Defendants shall have until 21 days
19 after the Court's decision on the Motion to Remand to answer, move against, or otherwise
20 respond to the Amended Complaint, without prejudice to their right to seek adjournment or
21 additional time from the Court in which to do so.

23 DATED: November 15, 2010          MUNGER, TOLLES & OLSON LLP

25                                    By:        /s/ James C. Rutten
                                              James C. Rutten

27                                    Attorneys for Defendants WELLS FARGO BANK,
                                      N.A. and WELLS FARGO ASSET SECURITIES
                                      CORPORATION

12304305.1                     1       STIPULATION RE DEADLINE TO RESP. TO
                                       AMENDED COMPLAINT
                                       CASE NO. CV-10-3489-LHK

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: November 15, 2010 | WILLIAMS & CONNOLLY LLP |
| 3 | | SWANSON & MCNAMARA LLP |
| 4 | | |
| 5 | | By: /s/ R. Hackney Wiegmann |
| | | R. Hackney Wiegmann |
| 6 | | Attorneys for Defendant UBS SECURITIES LLC |
| 7 | | |
| 8 | DATED: November 15, 2010 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Meredith Kotler |
| | | Meredith Kotler |
| 12 | | Attorneys for Defendants BANC OF AMERICA SECURITIES LLC and BANC OF AMERICA FUNDING CORPORATION |
| 13 | | |
| 14 | | |
| 15 | DATED: November 15, 2010 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY LLP |
| 16 | | |
| 17 | | GRAIS & ELLSWORTH LLP |
| 18 | | By: /s/ Anne Hartman |
| 19 | | Anne Hartman |
| 20 | | Attorneys for Plaintiff THE CHARLES SCHWAB CORPORATION |

\* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED:  November 18, 2010

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court Judge