MUNGER, TOLLES & OLSON LLP
  Marc T.G. Dworsky (SB# 157413)
  James C. Rutten (SB# 201791)
  Daniel R. McCarthy (SB# 255732)
355 South Grand Avenue, 35th floor
Los Angeles, California  90071-1560
(213) 683-9100; (213) 687-3702 (fax)
marc.dworsky@mto.com
james.rutten@mto.com
daniel.mccarthy@mto.com

MUNGER, TOLLES & OLSON LLP
  David H. Fry (SB# 189276)
  Carolyn V. Zabrycki (SB# 263541)
560 Mission Street, 27th floor
San Francisco, California  94105-2907
(415) 512-4000; (415) 512-4077 (fax)
david.fry@mto.com
carolyn.zabrycki@mto.com

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>             Plaintiff,<br><br>vs.<br><br>BANC OF AMERICA SECURITIES LLC *et al.*<br><br>             Defendants. | CASE NO. CV-10-3489-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING ON MOTION TO REMAND AND SETTING BRIEFING SCHEDULE**<br><br>[Declaration of James C. Rutten filed concurrently herewith] |

1  WHEREAS on July 27, 2010, Plaintiff filed its Amended Complaint in the Superior Court of the State of California for the County of San Francisco;

WHEREAS on August 9, 2010, Defendants removed the case to this Court;

WHEREAS on September 8, 2010, Plaintiff filed a Motion to Remand this case to state court, which is scheduled to be heard on December 9, 2010;

WHEREAS pursuant to the Local Rules, Defendants' opposition to the motion is due by November 18, 2010, and Plaintiff's reply is due by November 29, 2010 (the Monday after Thanksgiving);

WHEREAS Plaintiff has requested that Defendants stipulate to continue the hearing date so that Plaintiff will have additional time in which to prepare its reply and will not be required to prepare its reply over the Thanksgiving holiday weekend;

WHEREAS Defendants do not object to continuing the hearing date to permit Plaintiff to have such additional time;

WHEREAS the Court has not entered a scheduling order;

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT (1) the hearing on Plaintiff's Motion to Remand shall be continued from December 9, 2010 to February 3, 2011 at 1:30 p.m. (a date and time previously cleared with Chambers); (2) Defendants shall file any papers in opposition to the Motion to Remand by December 20, 2010; and (3) Plaintiff shall file any reply papers in support of the Motion to Remand by January 20, 2011.

DATED: November 16, 2010            MUNGER, TOLLES & OLSON LLP


By:     /s/ James C. Rutten
              James C. Rutten

Attorneys for Defendants WELLS FARGO BANK, N.A. and WELLS FARGO ASSET SECURITIES CORPORATION

12313227.1                                              1                    STIPULATION RE HEARING ON MOT. TO REMAND AND SETTING BRIEFING SCHED.
                                                                              CASE NO. CV-10-3489-LHK

DATED: November 16, 2010

WILLIAMS & CONNOLLY LLP

SWANSON & MCNAMARA LLP

By: /s/ R. Hackney Wiegmann
R. Hackney Wiegmann

Attorneys for Defendant UBS SECURITIES LLC

DATED: November 15, 2010

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ Meredith Kotler
Meredith Kotler

Attorneys for Defendants BANC OF AMERICA SECURITIES LLC and BANC OF AMERICA FUNDING CORPORATION

DATED: November 16, 2010

GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY LLP

GRAIS & ELLSWORTH LLP

By: /s/ Anne Hartman
Anne Hartman

Attorneys for Plaintiff THE CHARLES SCHWAB CORPORATION

* * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: November 18, 2010

_Lucy H. Koh_
The Honorable Lucy H. Koh
United States District Court Judge

12313227.1

2

STIPULATION RE HEARING ON MOT. TO REMAND AND SETTING BRIEFING SCHED.
CASE NO. CV-10-3489-LHK