1   GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP
    ROBERT A. GOODIN, State Bar No. 061302
2       rgoodin@goodinmacbride.com
    FRANCINE T. RADFORD, State Bar No. 168269
3       fradford@goodinmacbride.com
    ANNE H. HARTMAN, State Bar No. 184556
4       ahartman@goodinmacbride.com
    505 Sansome Street, Suite 900
5   San Francisco, California 94111
    Telephone:   (415) 392-7900
6   Facsimile:   (415) 398-4321

7   THE CHARLES SCHWAB CORPORATION
    LOWELL HAKY, State Bar No. 178526
8   211 Main Street
    San Francisco, California 94105
9   Telephone:   (415) 667-0622
    Facsimile:   (415) 6671638
10
    GRAIS & ELLSWORTH LLP
11  DAVID J. GRAIS (admitted *pro hac vice*)
        dgrais@graisellsworth.com
12  KATHRYN C. ELLSWORTH
        kellsworth@graisellsworth.com
13  OWEN L. CYRULNIK
        ocyrulnik@graisellsworth.com
14  LEANNE M. WILSON
        lwilson@graisellsworth.com
15  40 East 52nd Street
    New York, New York 10022
16  Telephone:   (212) 755-0100
    Facsimile:   (212) 755-0052
17
    Attorneys for Plaintiff
18  The Charles Schwab Corporation

19

20                  UNITED STATES DISTRICT COURT

21                  NORTHERN DISTRICT OF CALIFORNIA

22                          SAN JOSE DIVISION

23  The Charles Schwab Corporation,            No. 10-CV-3489 LHK

            Plaintiff,                         **STIPULATION AND ~~PROPOSED~~
24                                             ORDER FOR SINGLE
    v.                                         CONSOLIDATED REPLY BRIEF IN
25                                             SUPPORT OF MOTION TO REMAND**

26  Banc of America Securities LLC, et al.,

            Defendants.
27

28

**STIPULATION RE: REPLY BRIEF**                                (No. 10-CV-3489 LHK)
**ON MOTION TO REMAND**

# STIPULATION

WHEREAS, on September 8, 2010, plaintiff The Charles Schwab Corporation ("Schwab") filed a motion to remand this action to state court (the "Remand Motion");

WHEREAS, by stipulation of the parties, as approved by this Court on November 18, 2010, hearing on the Remand Motion was set for February 3, 2011, with opposition briefs due on December 20, 2010, and any reply brief due on January 20, 2010;

WHEREAS, two opposition briefs were filed, one on behalf of defendants Banc of America Securities LLC and Banc of America Funding Corporation, of 21 pages (the "Bank of America Opposition"), and one on behalf of defendants Wells Fargo Bank, N.A., Wells Fargo Asset Securities Corporation, and UBS Securities LLC, of 24 pages in length (the "Wells Fargo/UBS Opposition");

WHEREAS, Schwab believes it would be more efficient to file a single consolidated reply brief, rather than two reply briefs responding to the Bank of America Opposition and the Wells Fargo/UBS Opposition separately;

WHEREAS, the parties hereto have met and conferred and agreed that Schwab may file a single consolidated reply brief to both the Bank of America Opposition and the Wells Fargo/UBS Opposition, of a length not to exceed 20 pages of text;

NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES HERETO AND THEIR COUNSEL OF RECORD THAT, SUBJECT TO THE APPROVAL OF THE COURT:

Schwab may file a single consolidated reply brief to both the Bank of America Opposition and the Wells Fargo/UBS Opposition, of a length not to exceed 20 pages of text.

| | |
|---|---|
| Dated: January 18, 2011 | GOODIN, MACBRIDE, SQUERI, DAY & LAMPREY, LLP |
| | THE CHARLES SCHWAB CORPORATION |
| | GRAIS & ELLSWORTH LLP |
| | By ____/s/ Anne Hayes Hartman____ <br> Anne Hayes Hartman <br> Attorneys for Plaintiff <br> THE CHARLES SCHWAB CORPORATION |
| Dated: January 18, 2011 | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
| | DURIE TANGRI LLP |
| | By ____/s/ Ragesh Tangri____ <br> Ragesh Tangri <br> Attorneys for Defendants <br> BANC OF AMERICA SECURITIES LLC and BANC OF AMERICA FUNDING CORPORATION |
| Dated: January 18, 2011 | MUNGER, TOLLES & OLSON LLP |
| | By ____/s/ James C. Rutten____ <br> James C. Rutten <br> Attorneys for Defendants <br> WELLS FARGO BANK, N.A., and WELLS FARGO ASSET SECURITIES CORPORATION |
| Dated: January 18, 2011 | WILLIAMS & COLLOLLY LLP |
| | SWANSON & McNAMARA LLP |
| | By ____/s/ R. Hackney Wiegmann____ <br> R. Hackney Wiegmann <br> Attorneys for Defendant <br> UBS SECURITIES LLC |

**ORDER**

NOW, THEREFORE, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January _19_, 2011

```
                              _____
                              The Honorable Lucy H. Koh
                              United States District Court Judge
```

**FILER'S ATTESTATION**

I, Anne Hayes Hartman, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order for Single Consolidated Reply Brief in Support of Motion to Remand. In compliance with General Order 45, X.B., I hereby attest that the attorneys listed as signatories above have concurred in this filing.

Dated: January 18, 2011

```
                              /s/Anne Hayes Hartman
                              _____
                              Anne Hayes Hartman
```

3435/001/X125598.v1