1  MUNGER, TOLLES & OLSON LLP
      Marc T.G. Dworsky (SB# 157413)
2     James C. Rutten (SB# 201791)
      Daniel R. McCarthy (SB# 255732)
3  355 South Grand Avenue, 35th floor
   Los Angeles, California  90071-1560
4  (213) 683-9100; (213) 687-3702 (fax)
   marc.dworsky@mto.com
5  james.rutten@mto.com
   daniel.mccarthy@mto.com
6
   MUNGER, TOLLES & OLSON LLP
7     David H. Fry (SB# 189276)
      Carolyn V. Zabrycki (SB# 263541)
8  560 Mission Street, 27th floor
   San Francisco, California  94105-2907
9  (415) 512-4000; (415) 512-4077 (fax)
   david.fry@mto.com
10 carolyn.zabrycki@mto.com

11 Attorneys for Defendants WELLS FARGO
   BANK, N.A. and WELLS FARGO ASSET
12 SECURITIES CORPORATION

13
                    UNITED STATES DISTRICT COURT
14
        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
15

16
   THE CHARLES SCHWAB                 CASE NO. CV-10-3489-LHK
17 CORPORATION,
                                      **STIPULATION AND [~~PROPOSED~~] ORDER
18            Plaintiff,              CONTINUING CASE MANAGEMENT
                                      CONFERENCE , AS MODIFIED**
19      vs.
                                      Existing Date: February 3, 2011
20 BANC OF AMERICA SECURITIES         Proposed Date: March 10, 2011
   LLC *et al.*                       Time: 1:30 p.m.
21                                    Courtroom: 4
              Defendants.
22

23

24

25

26

27

28

12872267.1
                                        STIP. & [~~PROPOSED~~] ORDER CONT. CMC
                                                  CASE NO. CV-10-3489-LHK

1    WHEREAS Plaintiff has filed a motion to remand this action to state court, which is

2   scheduled to be heard on February 3, 2011;

3        WHEREAS a case management conference also is scheduled for February 3, 2011;

4        WHEREAS Defendants' response to the Amended Complaint is due by stipulated order

5   within 21 days of any ruling on the motion to remand;

6        WHEREAS Defendants currently anticipate responding to the Amended Complaint by

7   way of one or more motions to dismiss;

8        WHEREAS the parties believe that, in the interests of judicial efficiency and the orderly

9   administration of the case, it would be most efficient to adjourn the case management conference

10   until after the remand motion is decided;

11        NOW THEREFORE, IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES

12   HERETO AND THEIR COUNSEL OF RECORD THAT (a) the case management conference

13   scheduled for February 3, 2011 shall be continued to March 18, 2011 at 11 a.m.

14

15   Respectfully submitted,

16

17   DATED: January 21, 2011                MUNGER, TOLLES & OLSON LLP

18                                          By:          /s/ James C. Rutten

19                                                       James C. Rutten

20                                          Attorneys for Defendants WELLS FARGO BANK,
                                            N.A. and WELLS FARGO ASSET SECURITIES
21                                          CORPORATION

22

23

24

25

26

27

28

1    DATED: January 21, 2011          WILLIAMS & CONNOLLY LLP

2                                     SWANSON & MCNAMARA LLP

3

4                                     By:          /s/ R. Hackney Wiegmann
                                                   R. Hackney Wiegmann

5
                                      Attorneys for Defendants UBS SECURITIES LLC
6

7    DATED: January 21, 2011          CLEARLY GOTTLIEB STEEN & HAMILTON
                                      LLP
8

9
                                      By:          /s/ Meredith Kotler
10                                                 Meredith Kotler

11                                    Attorneys for Defendants BANC OF AMERICA
                                      SECURITIES LLC and BANC OF AMERICA
12                                    FUNDING CORPORATION

13

14   DATED: January 21, 2011          GOODIN, MACBRIDE, SQUERI, DAY &
                                      LAMPREY LLP
15
                                      GRAIS & ELLSWORTH LLP
16

17
                                      By:          /s/ Owen Cyrulnik
18                                                 Owen Cyrulnik

19                                    Attorneys for Plaintiff THE CHARLES SCHWAB
                                      CORPORATION
20

21

22                                *   *   *   *   *

23   PURSUANT TO STIPULATION, IT IS SO ORDERED:

24

25   DATED: January 25, 2011

26                                    The Honorable Lucy Koh
                                      United States District Court Judge
27

28

                                                          STIP. & [PROPOSED] ORDER CONT. CMC
     12872267.1                          2                CASE NO. CV-10-3489-LHK