MITCHELL A. LOWENTHAL (*pro hac vice*)
mlowenthal@cgsh.com
MEREDITH E. KOTLER (*pro hac vice*)
mkotler@cgsh.com
JARED M. GERBER (*pro hac vice*)
jgerber@cgsh.com
PATRICK HURFORD (*pro hac vice*)
phurford@cgsh.com
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone:   (212) 225-2000
Facsimile:    (212) 225-3999

RAGESH K. TANGRI (SBN 159477)
rtangri@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   (415) 362-6666
Facsimile:    (415) 236-6300

Attorneys for Defendants
BANK OF AMERICA DEFENDANTS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THE CHARLES SCHWAB CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>BANC OF AMERICA SECURITIES LLC; BANC OF AMERICA FUNDING CORPORATION; UBS SECURITIES, LLC; WELLS FARGO ASSET SECURITIES CORPORATION; WELLS FARGO BANK, N.A.; AND, DOES 1-50,<br><br>Defendants. | Case No. CV-10-3489-LHK-PSG<br><br>**[PROPOSED] ORDER GRANTING BANK OF AMERICA DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND, AS MODIFIED**<br><br>Date:    February 3, 2011<br>Time:   1:30 p.m.<br>Ctrm:   Courtroom 4, 5th Floor<br><br>The Honorable Lucy H. Koh |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The request of Defendants Banc of America Securities LLC and Banc of America Funding Corporation (collectively, the "Bank of America Defendants") to file a sur-reply to the Motion to Remand filed by Plaintiff The Charles Schwab Corporation having come before this Court, and good cause having been shown, IT IS HEREBY ORDERED that the Bank of America Defendants' Sur-Reply in Opposition to Plaintiff's Motion to Remand be accepted by this Court for filing.

As the moving party, Plaintiff The Charles Schwab Corporation may submit a sur-sur-reply responding to the Bank of America Defendants' sur-reply by 5 p.m. January 28, 2011, not to exceed 3 pages.

DATED: January 27, 2011

*Lucy H. Koh*
THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

1

[~~PROPOSED~~] ORDER GRANTING MOT.TO FILE
SUR-REPLY IN OPP. TO REMAND
CASE NO. CV-10-3489-LHK-PSG