**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking General Court Number
Clerk 408.535.5364

March 21, 2011

Superior Court of California
City and County of San Francisco
400 McAllister Street
San Francisco, California, 94102

RE:  CV 10-03489 LHK    THE CHARLES SCHWAB CORPORATION-v-BANC OF AMERICA SECURITIES LLC ET AL
 Your Case Number: (CGC-10-501151)

Dear Clerk,

 Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

 (X) Certified copies of docket entries

 (X) Certified copies of Remand Order


 Please acknowledge receipt of the above documents on the attached copy of this letter.


 Sincerely,

 RICHARD W. WIEKING, Clerk


 by: /s/ Diane Miyashiro
 Case Systems Administrator


Enclosures
Copies to counsel of record




NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg